# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. HARRIS, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:10-cv-01230-LDG-PAL |
| vs. | ) **ORDER** |
| EVAN W. CHRISTENSON, *et al.*, | ) |
| Defendants. | ) |

Before the court is Plaintiffs' Motion for Extension of Time to Serve Summons and Complaint on Defendant (Dkt. #14) filed September 20, 2010. The court has reviewed the motion, as and the file h and finds that the motion should be granted in part, and denied in part. As such,

**IT IS ORDERED** that Plaintiffs' Motion to Extension of Time (Dkt. #14) is **GRANTED in part** and **DENIED in part.** An extension of time to January 25, 2011 to serve the summons and complaint is **DENIED.** An extension of time to November 26, 2010 to serve the summons and complaint is **GRANTED.**

Dated this 29th day of September, 2010.

_____
Peggy A. Leen
United States Magistrate Judge